# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Lugo-Ramos,<br>(A201 149 518)<br>*Defendant* | )<br>)<br>) Case No. 17-7549 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Lugo-Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about October 4, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Reviewed by: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

~~Gilbert~~ V. Longoria
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 6, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 5, 2017, Jose Lugo-Ramos was arrested by the Phoenix Police Department and booked into the Maricopa County jail (MCJ) on local charges. While incarcerated at the MCJ, Lugo-Ramos was examined by ICE Officer R. Lemme who determined Lugo-Ramos to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 5, 2017, Lugo-Ramos was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lugo-Ramos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Lugo-Ramos to be a citizen of Mexico and a previously deported criminal alien. Lugo-Ramos was removed from the United States to Mexico through El Paso, Texas, on or about October 4, 2012, pursuant to an order

1

of removal issued by an immigration official. There is no record of Lugo-Ramos in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lugo-Ramos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Lugo-Ramos was convicted of Illegal Alien in Possession of a Firearm, a felony offense, on March 13, 2012, in the Unites States District Court, District of Arizona. Lugo-Ramos was sentenced to twelve (12) months' imprisonment and three (3) years' supervised release. Lugo-Ramos' criminal history was matched to him by electronic fingerprint comparison.

5. On November 5, 2017, Jose Lugo-Ramos was advised of his constitutional rights. Lugo-Ramos freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 5, 2017, Jose Lugo-Ramos, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about October 4, 2012, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of November, 2017.

_____
Bridget S. Bade
United States Magistrate Judge